AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Southern Division at London

MELVIN HALE
*Plaintiff(s)*

v.

Civil Action No. 6: 24-086-REW

BELL COUNTY FISCAL COURT, et al.
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald Chad Money
72 Everett Money Road
Middlesboro, KY 40965

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeremy Bartley
Law Office of Jeremy Bartley
35 Public Square
Somerset, KY 42501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/19/2024

*Signature of Clerk or Deputy Clerk*

kja

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6: 24-086-REW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ronald Chad Money__

was received by me on *(date)* __July 12, 2024__.

☒ I personally served the summons on the individual at *(place)* __the Knox Co Jail Barbourville Ky__ on *(date)* __July 12, 2024__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: __July 12, 2024__

_____
*Server's signature*

__Paul Underwood__
*Printed name and title*

__309 Everett Mize Rd Somerset Ky 42503__
*Server's address*

Additional information regarding attempted service, etc: