AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Southern Division at London

|  |  |
|---|---|
| MELVIN HALE <br> *Plaintiff(s)* <br> v. <br> BELL COUNTY FISCAL COURT, et al. <br> *Defendant(s)* | Civil Action No. 6: 24-086-REW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gary Ferguson
926 Doncaster Avenue
Middlesboro, KY 40965

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeremy Bartley
Law Office of Jeremy Bartley
35 Public Square
Somerset, KY 42501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/19/2024                                                   _____
                                                                    *Signature of Clerk or Deputy Clerk*
                                                                                                    kja

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6: 24-086-REW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Gary Ferguson__

was received by me on *(date)* __07/12/2024__.

☒ I personally served the summons on the individual at *(place)* __Bell Co Judge Executive office Pineville Ky__ on *(date)* __07/12/24__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __07/12/2024__

_____
Server's signature

__Paul Underwood__
Printed name and title

__319 Burnett Mize Rd Somerset Ky 42503__
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset