UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| MELVIN HALE, | ) | |
| | ) | No. 6:24-CV-86-REW-HAI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BELL COUNTY FISCAL COURT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On February 14, 2025, the Court ordered the parties to file a joint motion proposing recommended deadlines for all class-related steps. D.E. 22. On February 24, 2025, the parties filed a Joint Motion to Amend the Scheduling Order (D.E. 20), enumerating their proposed class deadlines. D.E. 24. As such, **IT IS HEREBY ORDERED THAT** the motion (D.E. 24) is **GRANTED.** The Court's Scheduling Order (D.E. 20) is **AMENDED AS FOLLOWS:**

1. All written fact discovery related to class certification shall be completed by **June 30, 2025**. All fact witness depositions related to class certification shall be completed by **July 30, 2025.**

2. Per Rule 26(a)(2), no later than **July 30, 2025**, Plaintiffs shall disclose the identity of expert witnesses pertaining to class certification issues, accompanied by written reports signed by the Rule 26(a)(2)(B) expert witnesses and/or written summaries consistent with Rule 26(a)(2)(C), as applicable, all in compliance with the rule. These disclosures need not be filed in the Court record. No later than **September 30, 2025**, Defendant shall provide the same.

3. Defendants shall depose Plaintiff's expert witnesses on class certification by **September 30, 2025.** Plaintiff shall do the same on or before **November 21, 2025.**

4. No later than **December 1, 2025**, Plaintiff shall file any motion for class certification. No later than **December 31, 2025**, Defendants shall file any response in opposition to class certification. No later than **January 16, 2026,** Plaintiff shall file their reply in support of class certification.

5. The Court **HEREBY ORDERS** that a telephonic status conference SHALL occur on **Friday, May 16, 2025**, at **11:30 am**. The call will be held over Microsoft Teams and the phone number and conference ID will be provided closer to the date of the meeting.

This the 25th day of February, 2025.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge