UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CIVIL MINUTES

CASE NO: <u>6:24-CV-86-REW</u>   AT: <u>London</u>   DATE: <u>May 16, 2025</u>

STYLE: <u>Melvin Hale v. Bell County Fiscal Court, *et al.*</u>

PRESENT: HON. <u>HANLY A. INGRAM</u>, MAGISTRATE JUDGE

| N/A | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

| **Jeremy Alan Bartley**<br>**Stephen P. New** | **Jason E. Williams** |
|---|---|
| **ATTORNEY PRESENT FOR PLAINTIFF** | **ATTORNEY PRESENT FOR DEFENDANTS** |

PROCEEDINGS:   TELEPHONIC CONFERENCE CALL

| | |
|---|---|
| Remarks: | This matter was called for a telephonic conference with counsel participating as noted.<br><br>Counsel advised there are no concerns about meeting the case or class-related deadlines at this time. The Court scheduled a follow-up status conference for October 10, 2025, at 11 a.m. The call will be held over Microsoft Teams and the phone number and conference ID will be provided closer to the date of the meeting.<br><br>The Court found discussion of a settlement conference premature and informed counsel the matter would be addressed at the next status conference. |

__X__   Counsel advised the Court that the case is proceeding according to the deadlines set forth in the Scheduling Order.

_____   Counsel advised the Court that they would be unable to comply with the Scheduling Order, and the Court advised counsel of the need to request relief from deadlines by proper motion.

__X__   Counsel advised the Court that, except as noted above, no discovery issues currently require the Court's attention. The Court directed the parties to follow the discovery dispute resolution procedure in the scheduling order if disputes arise.

_____   Counsel described a discovery dispute which currently requires the Court's attention,

|    | |
|---|---|
| _____ | as described above. |
| _____ | The Court addressed the possibility of settlement before trial.  The Court advised counsel that it would consider conducting a settlement conference upon the filing of a joint motion for a settlement conference and based upon the particular needs and posture of the case. |
| _____ | Counsel jointly requested a settlement conference and the Court will promptly schedule one. |
| X | The Court asked counsel if any other pretrial issues required the Court's attention. Counsel informed the Court that no other issues require the Court's attention at this time. |

**COPIES TO:**

COR

TIC: 6 MINUTES

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge